**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MIGUEL MIRANDA,

        Plaintiff,

v.                                                                      Case No:  6:17-cv-143-Orl-40TBS

LTG, LLC,

        Defendant.
_____/

**ORDER**

        This cause came on for consideration following review of the Joint Stipulation for Dismissal, in which the parties stipulate to the dismissal of the above-captioned action in its entirety with prejudice. (Doc. 32). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1279 (11th Cir. 2012).  Accordingly, the Clerk of Court is **DIRECTED** to close the case.

        **DONE AND ORDERED** in Orlando, Florida on June 16, 2017.

                                                                 PAUL G. BYRON
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties